MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on August 17, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                   Chapter 13

Frank Cear                               Case No.: 13-35225 (KCF)

                                         Hearing Date:


**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.




**DATED: August 17, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):    Frank Cear
Case No.:    13-35225 (KCF)
Caption of Order:    **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$400.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

    **X**    **$400.00** through the Chapter 13 plan as an administrative priority; and

    ___    $_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

**$5,655.00** paid to date and then **$592.00** per month for **27** months

United States Bankruptcy Court
District of New Jersey

In re:  
Frank Cear  
    Debtor

Case No. 13-35225-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 17, 2016  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2016.  
db         Frank Cear,   5 Erin Dr,   Jackson, NJ  08527-5353

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2016 at the address(es) listed below:  
         Albert   Russo   docs@russotrustee.com  
         Albert   Russo (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Denise E. Carlon   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company, LLC  
         mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com  
         Marc C. Capone   on behalf of Debtor Frank   Cear mcapone@caponeandkeefe.com,   docs@caponeandkeefe.com  
         Robert P. Saltzman   on behalf of Creditor   EverBank dnj@pbslaw.org  
         Tammy L. Terrell   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF THETERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 bankruptcy@feinsuch.com  
                                                                                                     TOTAL: 7