| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1( b ) <br><br> Denise Carlon, Esquire <br> KML LAW GROUP, P.C. <br> 216 Haddon Avenue, Ste. 406 <br> Westmont, NJ 08108 <br> U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF THE TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 | Order Filed on November 13, 2017 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey <br><br> Case No: 13-35225 KCF <br><br> Chapter: 13 |
| In Re: <br><br> Frank Cear <br><br>     DEBTOR(S), | Hearing Date: 11/08/2017 <br> Judge: Kathryn C. Ferguson |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 13, 2017**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF THE TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as 5 Erin Drive, Jackson NJ 08527**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Frank Cear  
    Debtor

Case No. 13-35225-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Nov 14, 2017  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2017.  
db          Frank Cear,    5 Erin Dr,    Jackson, NJ   08527-5353

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2017 at the address(es) listed below:

       Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Albert    Russo     docs@russotrustee.com  
       Albert    Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Denise E. Carlon     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...  
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Denise E. Carlon     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF  
         THETERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11  
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       John R. Morton, Jr.     on behalf of Creditor    Ford Motor Credit Company, LLC  
         ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
       Marc C. Capone     on behalf of Debtor Frank   Cear mcapone@caponeandkeefe.com,  
         docs@caponeandkeefe.com  
       Robert P. Saltzman     on behalf of Creditor    EverBank dnj@pbslaw.org  
       Tammy L. Terrell     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF  
         THETERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 bankruptcy@feinsuch.com  
                                                                                                    TOTAL: 9