**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Frank Cear | Social Security number or ITIN   xxx–xx–4627 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–35225–KCF | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frank Cear

3/7/19                                                                      **By the court:** Kathryn C. Ferguson
                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                          Case No. 13-35225-KCF
Frank Cear                                                      Chapter 13
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin            Page 1 of 3            Date Rcvd: Mar 07, 2019
                            Form ID: 3180W         Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
db             +Frank Cear,    38 Honey Lane,    Staten Island, NY 10307-2305
cr             +EverBank,    Attn: Default Cash,    301 W. Bay Street,    Jacksonville, FL 32202-5180
514684816      +Attorney General,    US Dept of Justice,    Ben Franklin Station,    PO Box 683,
                 Washington, DC 20044-0683
515907263       Central Jersey Behavioral Health,    PO Box 8000, Sept. 610,    Buffalo, NY 14267-0002,
                 Acct. # 105-16034926 - $196.24
514363938       DECA Financial Services,    PO Box 910,    Fishers, IN 46038-0910
514468660      +EverBank,    Attn: Default Cash,    301 W. Bay Street,    Jacksonville, FL 32202-5180
514363942       Everhome Mortgage,    PO Box 2167,    Jacksonville, FL 32232-0004
515907268      +Healthy Woman OB/GYN Associates,    PO Box 6339,    Freehold, NJ 07728-6339,
                 Acct. # 20909 - $138.97
515907265      +Kimball Emergency Medical Associates,    PO Box 6192,    Parsippany, NJ 07054-6192,
                 Invoice # 82375531 - $499. 07054-7192
515907266      +Kimball Emergency Medical Associates,    PO Box 6192,    Parsippany, NJ 07054-6192,
                 Invoice # 85983831 - $544. 07054-7192
516715362       MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving,    PO Box 10826,    SC 29603-0826
516715363      +MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving,    PO Box 10826,    SC 29603-0826,
                 MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving 29603-0826
515911313     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
514363952      +Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516281324     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of NJ,    Division of Taxation Bankruptcy,    PO Box 245,
                 Trenton, NJ 08695)
514363955       Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2019 00:00:27     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2019 00:00:24     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: FORD.COM Mar 08 2019 04:28:00     Ford Motor Credit Company, LLC,   PO Box 62180,
                 Colorado Springs, MO 80962
514479700       EDI: AIS.COM Mar 08 2019 04:28:00     American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK 73124-8838
514363928      +EDI: PHINHARRIS Mar 08 2019 04:28:00     Arnoldharris,   600 West Jackson,
                 Chicago, IL 60661-5636
514363929       EDI: ARSN.COM Mar 08 2019 04:28:00     Associated Recovery,   PO Box 469046,
                 Escondido, CA 92046-9046
514363932       EDI: BANKAMER.COM Mar 08 2019 04:28:00     Bank Of America,   4161 Piedmont Pkwy,
                 Greensboro, NC 27410
514363930       EDI: BANKAMER.COM Mar 08 2019 04:28:00     Bank Of America,   PO Box 15019,
                 Wilmington, DE 19886
514363931       EDI: BANKAMER.COM Mar 08 2019 04:28:00     Bank Of America,
                 Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,   Simi Valley, CA 93062-5170
514363933      +EDI: BANKAMER.COM Mar 08 2019 04:28:00     Bank Of America, N.a.,   450 American St,
                 Simi Valley, CA 93065-6285
514363934       E-mail/Text: bankruptcy@cavps.com Mar 08 2019 00:00:40     Cavalry Portfolio Services,
                 PO Box 1017,   Hawthorne, NY 10532-7504
514363935       EDI: CITICORP.COM Mar 08 2019 04:28:00     Citi,   PO Box 20507,   Kansas City, MO 64195
514370755      +E-mail/Text: bankruptcy@cavps.com Mar 08 2019 00:00:40     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515907269      +E-mail/Text: abarkin@sbmesq.com Mar 08 2019 00:00:00     Colts Neck OB/GYN Associates,
                 c/o Schwartz, Barkin & Mitchell,    1110 Springfield Road, PO Box 1339,   Union, NJ 07083-133,
                 Docket # DC-009935-15 - $214. 07083-1339
514363936      +EDI: CCS.COM Mar 08 2019 04:28:00     Credit Collection,   2 Wells Ave,
                 Newton Center, MA 02459-3246
514363937      +EDI: RCSFNBMARIN.COM Mar 08 2019 04:28:00     Credit One Bank,   PO Box 98873,
                 Las Vegas, NV 89193-8873
514363940       EDI: DISCOVER.COM Mar 08 2019 04:28:00     Discover Fin,   Po Box 15316,
                 Wilmington, DE 19850
514363939       EDI: HFC.COM Mar 08 2019 04:28:00     Direct Merchants,   PO Box 5894,
                 Carol Stream, IL 60197-5894
514363941       EDI: CONVERGENT.COM Mar 08 2019 04:28:00     ER Solutions, Inc.,   PO Box 9004,
                 Renton, WA 98057-9004
514363943       EDI: FORD.COM Mar 08 2019 04:28:00     Ford Credit,   PO Box 6275,   Dearborn, MI 48121-0000
514378726       EDI: FORD.COM Mar 08 2019 04:28:00     Ford Motor Credit Company LLC,   Dept 55953,
                 P O Box 55000,   Detroit MI 48255-0953
514363944       EDI: FORD.COM Mar 08 2019 04:28:00     Ford Motor Credit Corporation,   Ford Motor Credit,
                 PO Box 6275,   Dearborn, MI 48121-6275
514363945      +EDI: FORD.COM Mar 08 2019 04:28:00     Frd Motor Cr,   Po Box Box 542000,
                 Omaha, NE 68154-8000
```

Case 13-35225-KCF    Doc 109    Filed 03/09/19    Entered 03/10/19 00:33:15    Desc
Imaged Certificate of Notice    Page 4 of 5

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Mar 07, 2019
                              Form ID: 3180W           Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514626769         EDI: RMSC.COM Mar 08 2019 04:28:00      GE Capital Retail Bank,
                   c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
514391269         EDI: RMSC.COM Mar 08 2019 04:28:00      GE Capital Retail Bank,
                   c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
514363946        +EDI: HFC.COM Mar 08 2019 04:28:00       HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
514363947         EDI: IIC9.COM Mar 08 2019 04:28:00      IC System,   444 Highway 96 E,
                   Saint Paul, MN 55127-2557
514684815         EDI: IRS.COM Mar 08 2019 04:28:00       Internal Revenue Service,   PO Box 7346,
                   Philadelphia, PA 19101-7346
514429626         EDI: JEFFERSONCAP.COM Mar 08 2019 04:28:00      Jefferson Capital Systems LLC,   PO BOX 7999,
                   SAINT CLOUD MN 56302-9617
515907267         E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Mar 08 2019 00:00:59
                   Jersey Shore University Medical Center,    c/o Meridian Health,   PO Box 417140,
                   Boston, MA 02241-7140,    Acct. # 1301060591 - $100.00
515907264         E-mail/Text: ebn@rwjbh.org Mar 08 2019 00:00:46      Kimball Medical Center,   PO Box 29965,
                   New York, NY 10087-9965,    Acct. # 2002237025 - $644.35
514631786         EDI: RESURGENT.COM Mar 08 2019 04:28:00      LVNV Funding, LLC its successors and assigns as,
                   assignee of FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,
                   Greenville, SC 29603-0587
514363948         EDI: TSYS2.COM Mar 08 2019 04:28:00      Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
514363949         EDI: MID8.COM Mar 08 2019 04:28:00      Midland Funding,   8875 Aero Dr Ste 200,
                   San Diego, CA 92123-2255
514363950         EDI: RMSC.COM Mar 08 2019 04:28:00      Modell's,   PO Box 960014,   Orlando, FL 32896-0014
514363951         EDI: PRA.COM Mar 08 2019 04:28:00      Portfolio Recovery Assoc.,   120 Corporate Blvd,
                   Norfolk, VA 23502-4962
514626621         EDI: PRA.COM Mar 08 2019 04:28:00      Portfolio Recovery Associates, LLC,   c/o Best Buy,
                   POB 41067,   Norfolk VA 23541
514626620         EDI: PRA.COM Mar 08 2019 04:28:00      Portfolio Recovery Associates, LLC,
                   c/o Best Buy Internet,   POB 41067,   Norfolk VA 23541
514626624         EDI: PRA.COM Mar 08 2019 04:28:00      Portfolio Recovery Associates, LLC,   c/o Modells,
                   POB 41067,   Norfolk VA 23541
515907262         E-mail/Text: ebn@rwjbh.org Mar 08 2019 00:00:46      St. Barnabas Behavioral Health,
                   PO Box 22972,   New York, NY 10087-9972,    Acct. # 3000054856 - $44.00
515907261         E-mail/Text: ebn@rwjbh.org Mar 08 2019 00:00:46      St. Barnabas Behavioral Health,
                   PO Box 29972,   New York, NY 10087-9972,    Acct. # 3000054856 - $44.00
515907260         E-mail/Text: ebn@rwjbh.org Mar 08 2019 00:00:46      St. Barnabas Behavioral Health,
                   PO Box 29972,   New York, NY 10087-9972,    Acct. # 3000054469 - $2,251.37
514363954         EDI: WTRRNBANK.COM Mar 08 2019 04:28:00      Target,   PO Box 673,   Minneapolis, MN 55440-0673
514363953         EDI: WTRRNBANK.COM Mar 08 2019 04:28:00      Target,   PO Box 9475,
                   Minneapolis, MN 55440-9475
514363956        +EDI: VERIZONCOMB.COM Mar 08 2019 04:28:00      Verizon,   500 Technology Dr Ste 30,
                   Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 45

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514684817*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:  Internal Revenue Service,   PO Box 9019,
                   Holtsville, NY 11742-9019)
515911314*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                  (address filed with court:  Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741,
                   Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
516251703*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court:  State of New Jersey,   Division of Taxation,   PO Box 245,
                   Trenton, NJ 08695-0245)
514363927        ##A-1 Collections,   101 Grovers Mill Rd,   Lawrence Township, NJ 08648-4706
515907270        ##+Genesis Laboratory Management,   142 Route 35, Suite 208,   Eatontown, NJ 07724-1882
515907271        ##+Keystone Financial Services,   PO Box 730,   Allenwood, NJ 08720-0730
514643386        ##+U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF,   THETERWIN MORTGAGE TRUST 2005-1,,
                   c/o ZUCKER, GOLDBERG & ACKERMAN, LLC,   200 Sheffield Street, Suite 101,
                   Mountainside, NJ 07092-2315
                                                                                  TOTALS: 0, * 3, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 3 of 3           Date Rcvd: Mar 07, 2019
                              Form ID: 3180W           Total Noticed: 61
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF
               THETERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Marc C Capone    on behalf of Debtor Frank   Cear 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com
              Robert P. Saltzman    on behalf of Creditor    EverBank dnj@pbslaw.org
              Tammy L. Terrell    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF
               THETERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 bankruptcy@feinsuch.com
                                                                                                 TOTAL: 9
```